UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GILBERT SANCHEZ, *Plaintiff*, | § § § § | |
| vs. | § § | CIVIL ACTION NO. 7:21-CV-00401 |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY *Defendant* | § § § § | |

## JOINT MOTION TO APPEAR VIA ZOOM AT INITIAL PRE-TRIAL CONFERENCE ON DECEMBER 14. 2021

TO THE UNITED STATES DISTRICT JUDGE:

Defendant, Allstate Vehicle and Property Insurance Company, and Plaintiff, Gilbert Sanchez (collectively, the "Parties"), in the above styled and numbered cause, hereby file this Joint Motion to Appear via Zoom at Initial Pre-Trial and Scheduling Conference on December 14, 2021, at 9:00 a.m., and would respectfully show the Court as follows:

1. COVID-19 is an ongoing pandemic and public health crisis.

2. Therefore, in the interest of public health, Counsel for the Parties pray that the Court allow Counsel to attend the Initial Pre-Trial and Scheduling Conference by Zoom.

Respectfully submitted,

**VALDEZ & TREVIÑO ATTORNEYS AT LAW, P.C.**
Callaghan Tower
8023 Vantage Dr., Suite 700
San Antonio, Texas 78230
Telephone: (210) 598-8686
Facsimile: (210) 598-8797

By: */s/ Amanda L. Stephens*
   **Robert E. Valdez**
   State Bar No. 20428100
   S.D. Tex. Bar No. 9816
   revaldez@valdeztrevino.com

        **Amanda L. Stephens**
        Attorney-in-Charge
        State Bar No. 24118543
        S.D. Tex. Bar No. 3574869
        astephens@valdeztrevino.com
        *Counsel for Defendant Allstate Vehicle and Property Insurance Company*

        AND

        **LAWRENCE LAW FIRM**
        3112 Windsor Rd., Suite A234
        Austin, Texas 78703
        Tel: (956) 994-0057
        Fax: (800) 507-4152

BY:  */s/ Celeste Guerra with permission*
        **Larry W. Lawrence, Jr.**
        State Court No. 00794145
        S.D. Tex. Bar No. 21827
        **Michael Lawrence**
        State Court No. 24055826
        S.D. Tex. Bar No. 705429
        lawrencefirm@gmail.com
        **Celeste Guerra**
        **Attorney-in-Charge**
        State Bar No. 00795395
        S.D. Tex. Bar No. 23092
        Celesteguerralaw2017@gmail.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record on November 22, 2021, pursuant to the Rule 5 of the Federal Rules of Civil Procedure, via CM/ECF or other electronic means:

Larry W. Lawrence, Jr.
Michael Lawrence
lawrencefirm@gmail.com
Celeste Guerra
Celesteguerralaw2017@gmail.com
LAWRENCE LAW FIRM
3112 Windsor Rd., Suite A234
Austin, Texas 78703
*Counsel for Plaintiff*

        */s/ Amanda L. Stephens*
        **Amanda L. Stephens**