UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GILBERT SANCHEZ,<br>*Plaintiff*, | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 7:21-CV-00401 |
| ALLSTATE VEHICLE AND PROPERTY<br>INSURANCE COMPANY<br>*Defendant* | §<br>§<br>§<br>§ | |

### ORDER GRANTING JOINT MOTION TO APPEAR VIA ZOOM
### AT INITIAL PRE-TRIAL CONFERENCE ON DECEMBER 14, 2021

Before the Court is the Parties' Joint Motion to Appear Via Zoom at Initial Pre-Trial Conference on December 14, 2021. Upon consideration of the motion, the Court is of the opinion that Parties' Joint Motion is meritorious.

It is therefore ORDERED, ADJUDGED, and DECREED that Parties' Joint Motion is GRANTED. Accordingly, the Initial Pretrial Conference scheduled for December 14, 2021, at 9:00 a.m. will take place via Zoom with instructions to be provided by the Court.

Signed this _____ day of _____, 2021.

_____
Hon. Micaela Alvarez
United States District Judge

{00743768}